**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**CATERPILLAR FINANCIAL SERVICES**
**CORPORATION**                                                     **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 1:22-CV-58-MPM-RP**

**GEORGE RANDLE PRISOCK AND**
**B AND M PROPERTIES, LLC**                                  **DEFENDANTS**

## ORDER

   Cory Myers is the sole member of B and M Properties, LLC ("B and M"), an LLC organized under the laws of Missouri. Myers moved under Fed. R. Civ. P. 12(b)(2) to dismiss for lack of personal jurisdiction. (ECF No.15). Caterpillar later moved successfully to substitute B and M for Myers in its complaint for declaratory judgment. B and M filed a new motion to dismiss for lack of personal jurisdiction, and the Court granted the motion. (ECF No. 30). Mr. Myers's earlier motion (ECF No. 15) is moot and is **DISMISSED** as such.

   **SO ORDERED,** this the 6th day of December 2022.

              **/s/ Michael P. Mills**
              **UNITED STATES DISTRICT JUDGE**
              **NORTHERN DISTRICT OF MISSISSIPPI**